IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Greenaway, Jr. |
| | | Crim. No. 05-681-01 (JAG) |
| v. | : | |
| PETER PORT | : | **CONSENT ORDER** |

UPON application of the defendant Peter Port, Robert G. Stahl, Esq., appearing, and with the consent of the United States Attorney Christopher J. Christie (AUSA Richard Constable, III) for an order modifying defendant's sentence and condition of release to terminate Supervised Release; and upon notice to Probation;

IT IS ON this 7th day of July, 2008, Ordered that the defendant's Supervised Release is hereby terminated.

CONESENTED TO BY:

_____
AUSA RICHARD CONSTABLE, III

_____
ROBERT G. STAHL, ESQ.

**SO ORDERED.**

_____
HON. JOSEPH A. GREENAWAY, JR.
U. S. DISTRICT JUDGE